# MEMO ENDORSED



MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
ANA GARCIA,                     :
                                :
            Plaintiff,          :
                                :
        - v. -                  :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   08 Civ. 5485 (DC)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from August 18, 2008 to and including October 20, 2008.  The reason for the request is

administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       July 18, 2008

                                      BINDER & BINDER, P.C.
                                      Attorneys for Plaintiff

By: _____
      CHARLES E. BINDER, ESQ.
      215 Park Avenue, South
       6th Floor
      New York, New York 10003
      Telephone No.: (212)677-6801

      MICHAEL J. GARCIA
      United States Attorney
      Southern District of New York
      Attorney for Defendant

By: Susan C. Branagan
      SUSAN C. BRANAGAN
      Assistant United States Attorney
      86 Chambers Street - 3rd Floor
      New York, New York 10007
      Telephone No.: (212) 637-2804
      Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
8/8/08